**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No.  2:19-cv-1781** |
| | : | |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE MARBLEY** |
| **v.** | : | **Magistrate Judge Vascura** |
| | : | |
| **TEN THOUSAND THREE HUNDRED** | : | |
| **FIFTY-FIVE AND 00/100 DOLLARS** | : | |
| **($10,355.00) IN UNITED STATES** | : | |
| **CURRENCY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER LIFTING STAY**

This matter is before the Court on the Plaintiff United States' Motion to Lift Stay (Doc. 17). Following a joint motion of the parties, on October 4, 2019, the Court stayed this civil forfeiture proceeding pending the conclusion of related criminal proceedings. (Doc. 13.) Since that entry, claimants Hassan Nuriso and Abdurahim Nuriso have withdrawn their claims and answers. (Docs. 15, 16.)

Therefore, it is hereby **ORDERED** that the Plaintiff United States' Motion to Lift Stay is **GRANTED**. The United States is directed to submit the appropriate filings to complete this action.

**IT IS SO ORDERED** this 14th day of ___October_____, 2020.


_____
HONORABLE CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE